# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| SYNKLOUD TECHNOLOGIES, LLC | § | |
| | § | |
| vs. | § | NO: WA:19-CV-00526-ADA |
| | § | |
| DROPBOX, INC. | § | |

### ORDER SETTING TELEPHONIC DISCOVERY HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on June 23, 2020 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **22nd day of June, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE