# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# WACO DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>　　　　DEFENDANT. | Civil Action No. 6:19-cv-00525-ADA<br><br>**JURY TRIAL DEMANDED** |
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>DROPBOX, INC.,<br><br>　　　　DEFENDANT. | Civil Action No. 6:19-cv-00526-ADA<br><br>**JURY TRIAL DEMANDED** |
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>ADOBE, INC.,<br><br>　　　　DEFENDANT. | Civil Action No. 6:19-cv-00527-ADA<br><br>**JURY TRIAL DEMANDED** |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Plaintiff SynKloud Technologies, LLC ("SynKloud"), by and through its attorneys and pursuant to Federal Rule of Civil Procedure 7.1, states that SynKloud's parent company is IdeaHub Inc. who owns 100% of its stock

Dated: September 30, 2020

Kevin J. Terrazas (SBN 24060708)
kterrazas@clevelandterrazas.com
CLEVELAND TERRAZAS PLLC
4611 Bee Cave Road, Suite 306B
Austin, TX 78746
Telephone: (512) 680-3257

Respectfully submitted,

*/s/ Deepali Brahmbhatt*
Deepali Brahmbhatt (*Pro Hac Vice*)
dbrahmbhatt@onellp.com
ONE LLP
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870

John Lord (*Pro Hac Vice*)
jlord@onellp.com
ONE LLP
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157

*Attorneys for Plaintiff,*
SynKloud Technologies, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 30, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

 */s/ Deepali Brahmbhatt*
Deepali Brahmbhatt